UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**FELICIA M. TWARDOCH,**

                    Debtor

Chapter 13

Case No. 10-22145

## ORDER ALLOWING AND DISALLOWING CLAIMS

This matter came before the Court on the motion filed by the Debtor Felicia M. Twardoch (hereafter, the "Debtor").  After notice and opportunity for hearing, and for good cause shown, it is hereby ORDERED:

**I.   ALLOWANCE OF CLAIMS.**   The following claims are allowed pursuant to 11 U.S.C. § 502 as follows.

   **A.   Administrative Expense Claims.**   The trustee's fees as provided by 28 U.S.C. § 586 shall be paid concurrently with distribution on other claims.  Other administrative expense claims are allowed as follows, and the confirmed plan is modified only as necessary to provide for such claims.

   1. Trustee statutory fee (calculated at 10% of plan total):          $1,371.60

   2. Total Debtor's attorney fees and expenses allowed to date through plan:     $1,000.00

   3. Administrative expense reserve:                                  $3,892.19

   4. Other:                                                          $0.00

   **B.   Secured Claims Paid Directly By Debtor or Third Parties.**  N/A

   **C.   Secured Claims Paid By Trustee From Debtor's Funds.**   The following secured claims are hereby allowed and have been or shall be paid by the trustee from funds paid by the Debtor.  Treatment of such claims is set forth in the confirmed plan, which is hereby modified only as necessary to provide for payment by the trustee as set forth below for each secured creditor.

| Claim # | Creditor | Collateral | Allowed Claim or Arrears | Interest (Rate & Dollar Amount) | Payment Schedule |
|---------|----------|------------|--------------------------|---------------------------------|------------------|
| 7 | Hyundai Motor Finance | 2007 Hyundai Tuscon | $12,634.18 ($6,317.09 with interest paid through this case with remaining 50% paid through 10-22142) | 4.25%; $634.33 | Pro rata |

   **D.   Cure of Executory Contracts and Unexpired Leases.**  N/A
   **E.   Priority Claims.**  N/A
   **F.   General Unsecured Claims.**   The following unsecured claims not entitled to priority status are hereby allowed.  Treatment of such claims, including provisions for Small Claims and other classes of general unsecured claims, is set forth in the confirmed plan, which is hereby modified as set forth below.  The trustee shall pay such claims accordingly.
Special Classes:  None.

The sum of at least $500.79 shall be available for payment to allowed Class One and Class Two (Small) Claims, plus any unused portion of the administrative expense reserve.

| Claim # | General Unsecured Creditor | Allowed Claim |
|---|---|---|
| 1 | Dell Financial Services | $681.65 |
| 2 | GE Money Bank | $639.51 |
| 3 | Internal Revenue Service | $0.00 |
| 4 | HSBC Nevada | $2,454.69 |
| 5 | PRA Receivables Management | $3,334.84 |
| 6 | Candica, LLC | $2,717.24 |
| 8 | Bill Me Later | $538.46 |
| 9 | HSBC Nevada | $554.39 |

**II.  RESOLUTION OF OBJECTIONS TO CLAIMS.**  The Debtor's objections to claims, if any, are resolved as follows:

| Claim # | Creditor | Disposition |
|---|---|---|
| 9 | HSBC Nevada | Allowed as general unsecured |

**III.  MODIFICATION OF CONFIRMED PLAN.**  N/A

**IV.  SUMMARY.**

| | |
|---|---|
| A.  Total to be paid to trustee (not including excess tax refunds) | $13,716.00 |
| B.  Distributions under modified plan | |
| 1. Trustee Statutory Fees | $1,371.60 |
| 2. Attorney fees and expenses allowed through plan to date | $1,000.00 |
| 3. Administrative expense reserve | $3,892.19 |
| 4. Secured claims including interest | $6,951.42 |
| 5. Unexpired leases and executory contracts including interest | $0.00 |
| 6. Priority claims | $0.00 |
| 7. General unsecured claims: Class One and Class Two (minimum combined dividend) | $500.79 |
| 8. General unsecured claims: Special Classes | $0.00 |
| 9. Other (describe) | $0.00 |
| Total Distributions: | $13,716.00 |
| C.  Excess tax refunds due to plan (to date) | $0.00 |

Date: _ September 23, 2011          _          /s/ James B. Haines, Jr.
Judge, United States Bankruptcy Court
District of Maine